*L. M. Ninde, R. S. Taylor,* and — *Robertson,* for appellants.

*D. Studabaker,* for appellee.

————o————

GORRELL *v.* SNOW.

MALICIOUS PROSECUTION.—*Pleading.*—In a complaint for malicious prosecution the plaintiff must aver that the prosecution claimed to have been malicious has terminated in his acquittal or discharge.

APPEAL from the Wells Circuit Court.

Action by the appellee against the appellant. The complaint was in two paragraphs, a demurrer to each of which

was overruled. An answer of general denial was filed, and the issue thus formed was tried by a jury. Verdict and judgment for the plaintiff.

FRAZER, J.—The only question before us is, did the court below err in overruling a demurrer to the second paragraph of the complaint? The action was for malicious prosecution, and that paragraph failed to aver that the prosecution claimed to have been malicious had terminated in the plaintiff's acquittal or discharge. For this omission the appellant insists that the paragraph was bad. So are the authorities. 1 Chit, Pl. 679; *Whitworth* v. *Hall*, 2 B. & Ad. 695.

Reversed and remanded, with direction to sustain the demurrer.

*J. R. Coffroth*, for appellant.